Brewster H. Jamieson, ABA No. 8411122
Miranda L. Strong, ABA No. 1302002
LANE POWELL LLC
1600 A Street, Suite 304
Anchorage, Alaska 99501
Telephone:  907-264-3325
            907-264-3309
Email:      jamiesonb@lanepowell.com
            strongm@lanepowell.coms
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ERWIN CHARLES DONN,<br><br>                    Plaintiff,<br><br>v.<br><br>COMPASS HEALTH BRANDS, f/k/a ROSCOE MEDICAL, INC.,<br><br>                    Defendant. | Case No. 3:20-cv-00143-HRH<br><br>**NOTICE OF REMOVAL** |

Defendant Compass Health Brands f/k/a Roscoe Medical, Inc. gives notice of its basis and provides its statement for removal of this action—currently pending in the Superior Court for the State of Alaska, Third Judicial District at Palmer, under Case No. 3PA-19-02353 CI—to the United Stated District Court for the District of Alaska. Removal is based on diversity of citizenship and amount in controversy under 28 U.S.C. §§ 1332, 1441, and 1446.

## I. JURISDICTIONAL REQUIREMENTS

28 U.S.C. § 1332(a) provides in relevant part: "The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between — (1) citizens of different States[.]" 28 U.S.C. § 1441(a) provides that "any civil action brought in a State

court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

On or about October 10, 2019, Plaintiff Erwin Charles Donn filed a Complaint in the Superior Court of the State of Alaska in the Third Judicial District at Palmer. Jamieson Decl., Ex. A: Compl. Plaintiff asserts claims for negligence, breach of contract/warranty, and products liability stemming from an alleged injury on a Roscoe Knee Scooter on or about December 25, 2015. Compl. ¶¶ V-XVII. Plaintiff alleges that he resides in the Third Judicial District of Alaska. Compl. ¶ I. Further, Plaintiff voted in the 2018 general election and remains registered to vote in Alaska. Jamieson Decl. ¶ 4. Therefore, Plaintiff is an Alaska citizen.

Plaintiff states that Compass Health is incorporated outside of Alaska, but does business in Alaska. Compl. ¶ II. Compass Health is organized and exists under the laws of Delaware. It is registered as a foreign corporation in Ohio but not in Alaska. Jamieson Decl. ¶ 5. Compass Health is not a citizen of the State of Alaska. Thus, complete diversity between the parties exists.

In the Complaint, Plaintiff does not specifically articulate the amount of damages he seeks. However, he filed this action in the Superior Court for the State of Alaska, which has a jurisdictional minimum of $100,000 in controversy. AS 22.10.020; AS 22.15.030(a). Indeed, Plaintiffs' Complaint seeks compensatory damages for alleged injuries to shoulders, neck, internal organs, abdomen, back, and body; past and future medical expenses; permanent disabilities and loss of full function of his body; past and future pain and suffering; loss of full enjoyment of life; other damages to be proven at trial; as well as interest, costs, and attorney's fees. Compl. ¶ XVII.

Notice of Removal
*Erwin C. Donn v. Compass Health Brands f/k/a Roscoe Medical, Inc.* (Case No. 3:20-cv-00143-HRH)     Page 2 of 3

Case 3:20-cv-00143-SLG   Document 1   Filed 06/18/20   Page 2 of 3

## II. PROCEDURAL REQUIREMENTS

<u>Venue</u>. This Court is the United States District Court of the judicial district within which Plaintiff's action is pending. 28 U.S.C. § 1441(a).

<u>Removal Is Timely</u>. On May 29, 2020, the Complaint was served on CT Corporation. Jamieson Decl. ¶ 3. Thus, removal is timely.

<u>Notice</u>. Under 28 U.S.C. § 1446(d), a copy of this notice is filed concurrently in the Superior Court of Alaska for the Third Judicial District at Palmer and served upon the Plaintiff.

Complete diversity of citizenship exists between the parties, and the amount in controversy exceeds $75,000. Thus, this Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332; this action is removable to this Court pursuant to 28 U.S.C. § 1441.

DATED this 18th day of June, 2020.

        LANE POWELL LLC
        Attorneys for Defendant

        By s/ Brewster Jamieson
           Brewster H. Jamieson, ABA No. 8411122
           Miranda L. Strong, ABA No. 1302002

I certify that on June 18, 2020, a copy of the foregoing was served by mail on:

Erwin Charles Donn
P.O. Box 2064
Palmer, Alaska 99645

s/ Jada Caudel
133250.0001/8085175.1

Notice of Removal
*Erwin C. Donn v. Compass Health Brands f/k/a Roscoe Medical, Inc.* (Case No. 3:20-cv-00143-HRH)    Page 3 of 3

Case 3:20-cv-00143-SLG   Document 1   Filed 06/18/20   Page 3 of 3