IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT PALMER

ERWIN CHARLES DONN,

    Plaintiff,

v.

COMPASS HEALTH BRANDS,
f/k/a ROSCOE MEDICAL, INC.,

    Defendant.

Case No. 3PA-19-02353CI

## COMPLAINT

COMES NOW Plaintiff, ERWIN CHARLES DONN, who alleges as his causes of action as follows[1]:

I.

Plaintiff, ERWIN CHARLES DONN, is a resident of the state of Alaska, residing in the Third Judicial District.

II.

Defendant, COMPASS HEALTH BRANDS f/k/a ROSCOE MEDICAL, INC., is a corporation incorporated outside the state of Alaska, but doing business in the state of Alaska.

---

[1] This matter was previously filed in the Superior Court for the State of Alaska as Case No. 3PA-17-02730CI, *Erwin Charles Donn v. Roscoe Medical, Inc.*

Complaint     Page 1 of 6
*Donn v. Roscoe Medical, Inc.*     Case No. 3PA-19-02353 CI

Case 3:20-cv-00143-SLG   Document 2-1   Filed 06/18/20   Page 1 of 6   Exhibit A
Page 1 of 6

III.

All events relevant to this complaint occurred at Palmer, Alaska in the Third Judicial District.

IV.

Plaintiff, Erwin Charles Donn, purchased a N01ROS-KNEE Scooter on December 18, 2015. This product was purchased in Wasilla, Alaska through Geneva Woods Pharmacy and Healthcare Services. Along with this product plaintiff was provided a warranty for the item purchased.

V.

On or about December 25, 2015 plaintiff was operating his Roscoe Knee Scooter at his home. When the scooter went from floor to carpet plaintiff's knee slipped off the seat and lodged between the seat and the handlebars causing the scooter to tip over on to the floor resulting in the damages set forth in Paragraph XVIII of this complaint.

VI.

Defendant manufactures, designs, inspects, assembles, and provides warnings, warranties, and/or distributes the N01ROS-Knee Scooter to customers with knee, leg, foot, and ankle injuries and individuals such as the plaintiff recovering from surgery.

## FIRST CAUSE OF ACTION
## NEGLIGENCE

VII.

Plaintiff realleges the allegations and facts contained in Paragraphs I through VI into this First Cause of Action.

Complaint  
Donn v. Roscoe Medical, Inc.  
Page 2 of 6  
Case No. 3AN-19-02353 CF

Case 3:20-cv-00143-SLG   Document 2-1   Filed 06/18/20   Page 2 of 6   Exhibit A  
Page 2 of 6

## VIII.

Defendant was required to design, assemble, maintain, warn users, and distribute the N01ROS-Knee Scooter, subject of this complaint, in a safe and reasonable manner. Plaintiff and foreseeable users of this product depend on defendant to perform its duties with regard to this product in a reasonable and safe manner, as well as using safety devices and warnings to ensure that no one would be injured by this product.

## IX.

Defendant breached its duty to the plaintiff by negligently designing, assembling, failing to warn users, failing to provide safety devices, and in failing to properly inspect the N01ROS-Knee Scooter. Plaintiff was a foreseeable user of this product and owed a duty of care by the defendant, which they breached.

## X.

As a direct and proximate result of defendant's negligence plaintiff was injured as set out in Paragraph XVIII of this complaint.

## SECOND CAUSE OF ACTION
## BREACH OF CONTRACT/WARRANTY

## XI.

Plaintiff realleges the allegations and facts contained in Paragraphs I through X as the Second Cause of Action.

## XII.

Defendant made an express and implied warranty of safety of its scooter to foreseeable users of their product. Plaintiff was a beneficiary of this express or implied warranty.

XIII.

Defendant breached its express and/or implied warranty. As a direct and proximate result of this breach, plaintiff incurred the injuries and damages set forth in Paragraph XVIII of this complaint.

## THIRD CAUSE OF ACTION
## PRODUCT LIABILITY

XIV.

Plaintiff realleges the allegations contained in Paragraph I through XIII into this Third Cause of Action.

XV.

Defendant manufactured, assembled, designed, inspected, provided warnings, instructions, and distributed the N01ROS-Knee Scooter through its agents and representatives such as Geneva Woods Pharmacy and Healthcare Services in Alaska.

XVI.

As described in this complaint, the N01ROS-Knee Scooter was defective and dangerous in that it malfunctioned, failed to operate in a safe manner, failed to correct the defect after customer complaints, failed to have proper warnings, failed to be properly designed, failed to have proper safety devices, and in that it caused the plaintiff's knee to fall off the seat and get caught between the seat and handlebars causing him to fall. In falling to the floor plaintiff sustained injuries and damages as set forth in this complaint. Defendant is strictly liable for these damages caused by their defective product.

Complaint
*Donn v. Roscoe Medical, Inc.*

Page 4 of 6
Case No. 3AN-19-02353 CI

Case 3:20-cv-00143-SLG   Document 2-1   Filed 06/18/20   Page 4 of 6   Exhibit A
Page 4 of 6

## XVII.

The N01ROS-Knee Scooter was not fit to use for its intended purpose, and as a result of defendant's defective design, lack of safety devices, defects in its manufacture, negligent inspection, lack of safety overrides, failure to warn users, and breach of warranty of fitness, plaintiff, Erwin Charles Donn, was injured and suffered the damages set out in Paragraph XVIII of this complaint.

## XVIII.

As a direct and proximate result of defendant's acts and omissions plaintiff has suffered the following injuries and damages:

1. Injuries to his shoulders, neck, internal organs, abdomen, back and body;

2. Medical expenses in the past, present, and future;

3. Permanent disabilities and loss of full function of his body;

4. Past, present, and future physical and emotional pain and suffering;

5. Loss of full enjoyment of life; and

6. Other damages to be proven at trial.

WHEREFORE, plaintiff prays for this court to grant a judgment in his favor and against defendant as follows:

1. Compensatory damages in an amount to be proven a trial within the jurisdiction of the Superior Court;

2. For pre-judgment interest, post-judgment interest, costs, and attorney fees; and

Complaint
*Donn v. Roscoe Medical, Inc.*
Page 5 of 6
Case No. 3AN-19-02353CI

Case 3:20-cv-00143-SLG Document 2-1 Filed 06/18/20 Page 5 of 6 Exhibit A
Page 5 of 6

3. Any further relief this court deems just and equitable.

DATED this 10th day of October, 2019 at Palmer, Alaska.

*[signature]*
Erwin Charles Donn

Complaint
Donn v. Roscoe Medical, Inc.

Page 6 of 6
Case No. 3AN-19-02353 CI

Case 3:20-cv-00143-SLG   Document 2-1   Filed 06/18/20   Page 6 of 6   Exhibit A
Page 6 of 6