Brewster H. Jamieson, ABA No. 8411122
Miranda L. Strong, ABA No. 1302002
LANE POWELL LLC
1600 A Street, Suite 304
Anchorage, Alaska 99501
Telephone:   907-264-3325
                      907-264-3309
Email:        jamiesonb@lanepowell.com
                    strongm@lanepowell.coms
Attorneys for Defendant


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ERWIN CHARLES DONN,<br><br>                           Plaintiff,<br><br>v.<br><br>COMPASS HEALTH BRANDS, f/k/a<br>ROSCOE MEDICAL, INC.,<br><br>                           Defendant. | Case No. 3:20-cv-00143-SLG<br><br>**ANSWER** |

Defendant Compass Health Brands f/k/a Roscoe Medical, Inc. ("Compass Health") answers Plaintiff's Complaint.  Compass Health denies each allegation not specifically and expressly admitted below and denies that Plaintiff is entitled to the relief he requests.  As to each allegation, Compass Health responds as follows:

I.

Admit.

II.

Admit.

III.

Deny.

## IV.

Defendant lacks sufficient knowledge to admit or deny the allegations of this paragraph except that Compass Health admits that its knee scooters come with a limited warranty for the original purchaser with a specified scope and timeframe.  Otherwise, the allegations of this paragraph are denied.

## V.

Defendant lacks sufficient knowledge to admit or deny the allegations of this paragraph, and therefore defendant makes no answer.  To the extent an answer is required, Defendant denies same.

## VI.

Admit that Compass Health distributes knee scooters. Defendant lacks sufficient knowledge to admit or deny allegations about Plaintiff's health. Deny the remainder of Plaintiff's allegations in this paragraph.

### FIRST CAUSE OF ACTION
### NEGLIGENCE

## VII.

Admitted or denied only to the extent previously admitted or denied.

## VIII.

Deny.

## IX.

Deny.

### SECOND CAUSE OF ACTION
### BREACH OF CONTRACT/WARRANTY

## X.

Admitted or denied only to the extent previously admitted or denied.

## XII.

Deny.

XIII.

Deny.

THIRD CAUSE OF ACTION
PRODUCT LIABILITY

XIV.

Admitted or denied only to the extent previously admitted or denied.

XV.

Admit that Compass Health its knee scooters were sold in Alaska. Deny the remaining allegations in this paragraph.

XVI.

Deny.

XVII.

Deny.

XVIII.

Paragraphs 1-6 and 1-3 following Paragraph XVIII are a prayer for relief to which no response is required. If a response is required, Compass Health denies the injuries and damages and denies that Plaintiff is entitled to the relief requested.

**AFFIRMATIVE DEFENSES**

By way of further answer and affirmative defenses, Defendants state as follows:

1. Plaintiff's complaint fails to state a cause of action upon which relief can be granted.

2. Plaintiff's injuries, if any, were caused, in whole or in part, by Plaintiff's own negligence.

3. Plaintiff's damages, if any, were caused, in whole or in part, by third parties over whom Defendants had no control.

4. Plaintiff failed to mitigate damages.

5. Plaintiff assumed the risk of operating the knee scooter.

6. Plaintiff's claim cannot prevail due to the equitable defenses of estoppel and laches.

7.    Plaintiff's complaint is barred by the statute of limitations.

8.    Plaintiff has waived his claims.

9.    Defendant reserves the right to add additional affirmative defenses as may be discovered through future discovery.

## **PRAYER FOR RELIEF**

WHEREFORE, having answered Plaintiff's complaint, and having set forth its affirmative defenses, Defendant prays for relief as follows:

a.    That Plaintiff's complaint be dismissed, with prejudice;

b.    That Defendant be awarded its costs, including reasonable attorneys' fees, incurred in the defense of this action; and

c.    For such further relief as this court deems equitable and just.

DATED this 1st day of July, 2020.

LANE POWELL LLC
Attorneys for Defendant

By   s/ Miranda L. Strong
     Brewster H. Jamieson, ABA No. 8411122
     Miranda L. Strong, ABA No. 1302002

I certify that on July 1, 2020, a copy of
the foregoing was served by mail on:

Erwin Charles Donn
P.O. Box 2064
Palmer, Alaska 99645

s/ Lani Gerken
133250.0001/8082967.1